# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

June 21, 2011

Kim LeFebvre
Clerk of the Court
United States Bankruptcy Court
445 Broadway
Albany, New York 12207

Re: Jeanne Kenney
    Case No. 03-15077
    Unclaimed Funds

Dear Mr. LeFebvre:

Enclosed please find a check in the amount of $959.97 representing unclaimed funds in the above referenced case. In this case, these monies were received from Albany County and according to Lexis, the debtor may be deceased.

If the court requires additional information, please do not hesitate to contact our office.

Debtor Refund:   Jeanne Kenney
                 247 Green Street
                 Albany, NY 12202

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee